AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25-164 (SCC) |
| RAFAEL NAVARRO-ADAMES ) | |
| ) | |
| _Defendant_ ) | |

*Received & Filed Clerk's Office APR 02 2025 US District Court San Juan, PR*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/02/2025

_Defendant's signature_

_Signature of defendant's attorney_

Julio C. Alejandro-Serrano
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Silvia Carreño-Coll, U.S. District Judge
_Judge's printed name and title_