UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**RAFAEL NAVARRO-ADAMES,**<br><br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 25-104 (SCC)<br><br>Violation:<br><br>**(COUNT ONE)**<br>Title 8, *United States Code*, Section 1325(a) |

**INFORMATION**

The United States charges:

**COUNT ONE**
**Illegal Entry**
(Title 8, *United States Code*, Section 1325(a))

On or about November 10, 2022, in this District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**RAFAEL NAVARRO-ADAMES**

who is an alien as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), did knowingly and illegally attempt to enter the United States.

1

All in violation of Title 8, *United States Code*, Section 1325(a)(1) and (a)(2).

W. STEPHEN MULDROW
United States Attorney

*for* Max Perez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Transnational Organized Crime

Jorge L. Matos
Assistant United States Attorney
Transnational Organized Crime

2